# NO. 12-14-00006-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

|  |  |  |
|---|---|---|
|  | § | *APPEAL FROM THE* |
| *IN RE: AARON VAUGHAN AND LACY VAUGHAN, RELATORS* | § | *321ST JUDICIAL DISTRICT COURT OF* |
|  | § | *SMITH COUNTY, TEXAS* |

**MEMORANDUM OPINION**
**PER CURIAM**

On September 17, 2014, this Court delivered an opinion conditionally granting the petition for writ of mandamus filed by Aaron Vaughan and Lacy Vaughan, Relators. That opinion directed Respondent to vacate her order signed on December 19, 2013, setting aside Lacy Vaughan's jury trial demand. Respondent has complied with our order and opinion of September 17, 2014.

All issues attendant to this original proceeding having been disposed of, this mandamus proceeding has now been rendered moot; therefore, the writ need not issue. Accordingly, this original proceeding is ***dismissed*** as ***moot.***

Opinion delivered September 30, 2014.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

## SEPTEMBER 30, 2014

## NO. 12-14-00006-CV

### IN RE: AARON VAUGHAN AND LACY VAUGHAN,
RELATORS

_____

### ORIGINAL PROCEEDING

_____

ON THIS DAY came to be heard the petition for writ of mandamus filed by **AARON VAUGHAN AND LACY VAUGHAN, RELATORS**, who are the relators in Cause No. 12-2355-D, pending on the docket of the 321st Judicial District Court of Smith County, Texas. Said petition for writ of mandamus having been filed herein on January 7, 2014, and the same having been duly considered, because it is the opinion of this Court that A Writ of Mandamus Should Not Issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **DISMISSED AS MOOT**.

It is further ORDERED that the Relators, **AARON VAUGHAN AND LACY VAUGHAN**, pay all costs incurred by reason of this proceeding.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*